## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

OWEN HARTY, individually

    Plaintiff,

v.                                                  Case No. 6:09-cv-1311

T.H. OLD TOWN ASSOCIATES, LTD.,
a Florida limited partnership,

    Defendant.
_____/

### STIPULATION OF DISMISSAL WITH PREJUDICE

    Plaintiff Owen Harty and Defendant T.H. Old Town Associates, Ltd., having entered into a confidential Settlement Agreement resolving the claim brought in the above-styled action, hereby stipulate to the dismissal of the above-styled action *with prejudice,* with the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

    Dated this 9th day of December, 2009.

| | |
|---|---|
| /s/ Thomas B. Bacon | /s/ Lynne M. White |
| Thomas B. Bacon, Esq. | Lynne M. White, Esq. |
| Florida Bar No. 139262 | Florida Bar No.:  437220 |
| **Thomas B. Bacon, P.A.** | Deborah A. Catalano, Esq. |
| 4868 S.W. 103rd Avenue | Florida Bar No. 826995 |
| Cooper City, Florida 33328 | **Akerman Senterfitt** |
| Telephone: (954) 925-6488 | Post Office Box 231 (32802-0231) |
| Facsimile: (954) 237-1990 | 420 South Orange Avenue, Suite 1200 |
| Email: tbb@thomasbaconlaw.com | Orlando, Florida  32801 |
| Attorney for PLAINTIFFS | Telephone: (407) 423-4000 |
| | Facsimile: (407) 843-6610 |
| | Email: lynne.white@akerman.com |
| | Attorneys for DEFENDANT |

{O1485882;1}